AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Amy Melissa Loftis Berridge ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.    4:25-cv-228-DCC |
| Warden Leath Correctional Insitution ) | |
| *Respondent* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other This petition is dismissed with prejudice and without requiring Respondent to file a return. The Court declines to issue a certificate of appealability.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

|                            | ROBIN L. BLUME |
|----------------------------|-----------------|
| Date:   April 11, 2025     | *CLERK OF COURT* |
|                            |                 |
|                            | s/Debbie Stokes |
|                            | *Signature of Clerk or Deputy Clerk* |